UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMED HELMI, et al.,

      Plaintiffs,                        Case No. 5:05-CV-36

v.                                            Hon. Gordon J. Quist

SOLVAY PHARMACEUTICALS,
INC., et al.,

      Defendants.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 12, 2006, and served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 12, 2006, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion To Strike Plaintiff Ahmed Helmi's Claim For Emotional Distress Damages And Any Equitable Relief (docket no. 93) is **GRANTED IN PART AND DENIED IN PART**. The motion is **denied** with respect to Defendants' request to strike or dismiss claims and **granted** with respect to Defendants' request for monetary sanctions. Plaintiff Helmi and his counsel shall pay Defendants attorneys fees in the amount of $1,000 and costs in the amount of $1,500. These amounts shall be paid within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that within seven (7) days of the date of this Order, Plaintiff Helmi's counsel shall provide Defendants with a certified copy of the protective order regarding the settlement with Schering, upon penalty of Defendants being entitled to re-depose Plaintiff Helmi regarding his severance and any severance or settlement agreement from Schering only, at the expense of Plaintiff's counsel.

Dated: November 17, 2006  /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE